AO91 (Rev. 12/03)  Criminal Complaint                                                                AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** | **CRIMINAL COMPLAINT** <br> Case Number: 7:18-po-20334 |

Marlon Fabricio MENJIVAR-Alfaro
IAE
El Salvador 1981

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **December 29, 2018** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Marlon Fabricio MENJIVAR-Alfaro was encountered by Border Patrol Agents near Roma, Texas on December 29, 2018.  When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on December 29, 2018 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/ Sanchez, Carlos  Border Patrol Agent
Signature of Complainant

Sanchez, Carlos   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 30, 2018                                     at     McAllen, Texas
Date                                                                       City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge            Title of Judge                                Signature of Judge